IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MK OPTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 1:14-cv-1302-GMS |
| | ) |
| B&W TEK, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff MK Optics, LLC and defendant B&W Tek, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated February 25, 2015, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Warren K. Mabey, Jr.* |
| Stamatios Stamoulis (#4606) | Douglas E. McCann #3852 |
| Richard C. Weinblatt  (#5080) | Warren K. Mabey, Jr. #5775 |
| Stamoulis & Weinblatt LLC | Fish & Richardson P.C. |
| Two Fox Point Centre | 222 Delaware Avenue, 17th Floor |
| 6 Denny Road, Suite 307 | P. O. Box 1114 |
| Wilmington, DE  19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 652-5070 |
| stamoulis@swdelaw.com | mccann@fr.com |
| weinblatt@swdelaw.com | mabey@fr.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of March, 2015.

_____
United States District Court Judge